IN THE UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: : Case No. 21-50853

ROBERT C. PARKER, : Chapter 7.

: JUDGE HOFFMAN

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021, a copy of Debtor's Motion to Redeem, 21 day notice and Exhibit A were served on the following registered ECF participants, electronically through the court's ECFSystem at the email address registered with the court:

Chapter 7 Trustee Myron Terlecky
U.S. Trustee
Molly Slutsky Simons, Attorney for America Honda Finance Corporation

And on the following by **Ordinary U.S. Mail** addressed to:

Robert Parker, 183 Redwood Drive, Marysville, OH 43040
American Honda Finance, 2170 Point Blvd., Ste. 100, Elgin IL, 60123

And on the following by Certified U.S. Mail addressed to:

American Honda Finance, Attention CEO, 20800 Madrona Ave., Torrance, CA 90503

/s/ *Herbert N. Strayer, Jr.*
Herbert N. Strayer, Jr. (0075854)
7240 Muirfield Dr. Ste. 120
Dublin, OH 43017
Tel: (614) 378-2262
Fax: (614) 372-8775
hstrayer@strayerlegal.com