# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Robert Parker | : | Case No. 21-50853 |
| | : | |
| Debtor | : | Chapter 7 |
| | : | |
| | : | Judge John E. Hoffman, Jr. |
| | : | Debtor's Withdrawal of Motion For Redemption |
| | : | Doc. #18 |

    Now comes the Debtor Robert Parker, Jr. and hereby withdrawals his Motion For Redemption (Doc. #18)

                                      Respectfully Submitted,

                                      /s/ Herbert N. Strayer, Jr.
                                      Herbert N. Strayer, Jr. 0075854
                                      1071 S. High Street
                                      Columbus, OH 43206
                                      Tel: 614-378-2262
                                      Fax: 614-372-8775
                                      Email: hstrayer@strayerlegal.com
                                      *Counsel for Robert Parker*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing withdraw was served electronically on May 28, 2021 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the court.

And by First Class Mail on the Following:

Robert Parker, 183 Redwood Drive, Marysville, OH 43040
American Honda Finance, PO Box 16088, Irving TX, 75016-8088

                                      /s/ Herbert N. Strayer, Jr.
                                      Herbert N. Strayer, Jr.